UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL EMIL SCHULTZ,

    Plaintiff,
                                            Case No. 19-cv-10696
                                            Hon. Matthew F. Leitman

v.

CLAIRE TECHNOLOGIES, LLC,

    Defendant.
_____/

## ORDER TO FILE SUPPLEMENTAL BRIEFING

Currently before the Court is Defendant Claire Technologies, LLC's motion to dismiss Plaintiff Carl Emil Schultz's suit for lack of personal jurisdiction or, in the alternative, to dismiss or transfer the case based on improper venue. (*See* Mot. to Dismiss, ECF No. 10.)

In the briefing on the personal jurisdiction issue, the parties articulate the general standards governing personal jurisdiction, but they do not cite many cases applying those standards to circumstances like those present in this action. The Court has concluded that it would substantially benefit from supplemental briefing in which the parties cite <u>and</u> discuss decisions – especially those from the United States Court of Appeals for the Sixth Circuit and from this Court – applying the general personal jurisdiction standards to similar factual circumstances.

Accordingly, **IT IS HEREBY ORDERED** that, by not later than September 27, 2019, both parties shall file supplemental briefs in which they cite and discuss decisions applying the general personal jurisdiction standards to similar factual circumstances.

**IT IS SO ORDERED**.

Dated: September 10, 2019

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764